427 A.2d 1198

Commonwealth v. Geisler, Appellant.

Submitted March 23, 1979. George C. Yatron, Assistant Public Defender, for appellant; Michael J. Morrissey, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

427 A.2d 1198

Commonwealth v. Hamilton, Appellant.

Submitted December 6, 1978. Neil E. Jokelson, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Judgments of sentence affirmed on the opinion of Judge Brown.